# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

HECTOR ALVARADO,                                                                                           PLAINTIFFS
EVELYN ALVARADO, and
MATTHEW SMITH, each individually
and on behalf of all others similarly situated

v.                                          NO. 4:16CV00004 JLH

NISHANT, INC., individually and d/b/a
SUPER 8 HOTEL OF RUSSELLVILLE,
ARKANSAS; and NIMESH "NICK" PATEL                                              DEFENDANTS

## ORDER

The joint motion to dismiss with prejudice and for approval of settlement agreement is GRANTED. Document #14. The settlement agreements between Hector Alvarado, Evelyn Alvarado, and Matthew Smith with the defendants are hereby approved. This action is dismissed with prejudice.

IT IS SO ORDERED this 18th day of January, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE